RCC

**FILED**
**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1046**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

EMILY MATZ

V.

ZEBRA TECHNOLOGIES CORP.

Case Number:

**JUDGE SHADUR**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMILY MATZ

| | |
|---|---|
| NAME (Type or print)<br>Michael T. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael T. Smith | |
| FIRM<br>Law Offices of Michael T. Smith | |
| STREET ADDRESS<br>440 W. Irving Park Road | |
| CITY/STATE/ZIP<br>Roselle, Illinois 60172 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6180407IL | TELEPHONE NUMBER<br>847-895-0626 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |