## United States District Court for the Northern District of Illinois

Case Number: 08cv1046     Assigned/Issued By: j. n.

Judge Name: shadur     Designated Magistrate Judge: cole

---

### FEE INFORMATION

*Amount Due:*    [✓] $350.00    [ ] $39.00    [ ] $5.00
                 [ ] IFP      [ ] No Fee    [ ] Other _____
                 [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2551836

Date Payment Rec'd: 2-20-08     Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons      [ ] Alias Summons

[ ] Third Party Summons      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
         _____
         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
     (Type of Writ)

_1_ Original and _0_ copies on _2-20-08_ as to _defendant_
                           (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05