AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

EMILY MATZ

　　　Plaintiff,

　　　V.

ZEBRA TECHNOLOGIES CORP.,

　　　Defendant.

CASE NUMBER: **08 C 1046**

ASSIGNED JUDGE: **JUDGE SHADUR**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COL**

TO: (Name and address of Defendant)

ZEBRA TECHNOLOGIES CORP.,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ZEBRA TECHNOLOGIES CORP.
℅ C,T. Corporation System
208 S. LaSalle Street, Suite 814
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.





AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 4, 2008 |
| NAME OF SERVER (PRINT) PETER J. SAUNDERS | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Zebra Technologies Corp., c/o Dawn Schulz of C.T. Corporation System.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 4, 2008          [signature]
              Date                   Signature of Server

              120 W. Madison, Suite 1109 Chicago, IL
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.