IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EMILY MATZ,

    Plaintiff,

v.

ZEBRA TECHNOLOGIES CORP.,

    Defendant.

No.  08 C 1046

Judge Milton I. Shadur

## NOTIFICATION OF AFFILIATES

Defendant ZEBRA TECHNOLOGIES CORPORATION ("Zebra") (improperly identified in the Complaint as "Zebra Technologies Corp.") by and through its attorneys, Baker & McKenzie LLP, pursuant to L.R. 3.2, makes the following disclosure:

Zebra is a publicly traded corporation that has no parent company. The following entities own more than 5% of Zebra's stock: FMR Corporation, Goldman Sachs Asset Management, L.P. and Neuberger Berman, Inc.

Dated: March 24, 2008

Respectfully submitted,

*/s/ Stephanie L. Sweitzer*
One of the Attorneys for
ZEBRA TECHNOLOGIES CORPORATION

Brian S. Arbetter
Thomas F. Hurka
Stephanie L. Sweitzer
BAKER & MCKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601
Tel: + 1 312 861 8000
Fax: + 1 312 861 2899


CHIDMS1/2608120.1