IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMILY MATZ, | |
| Plaintiff, | |
| v. | No. 08 C 1046 |
| ZEBRA TECHNOLOGIES CORP., | Judge Milton I. Shadur |
| Defendant. | |

### MOTION TO WITHDRAW THE APPEARANCE OF ATTORNEYS THOMAS F. HURKA AND STEPHANIE L. SWEITZER

Thomas F. Hurka and Stephanie L. Sweitzer, two of the attorneys of record for Zebra Technologies Corporation, move this Court for leave to withdraw their appearance. Mr. Hurka and Ms. Sweitzer are no longer employed by the law firm representing Zebra Technologies Corporation, Baker & McKenzie LLP, and they have requested that Baker & McKenzie LLP move this Court for leave to withdraw their appearance. Mr. Hurka and Ms. Sweitzer are no longer providing legal representation to Zebra Technologies Corporation in connection with this action.

WHEREFORE, Thomas F. Hurka and Stephanie L. Sweitzer pray that this Court enters an order permitting the withdrawal of their appearance, *instanter*.

Dated: June 4, 2008

Respectfully submitted,

s/David G. Wix
David G. Wix

Brian S. Arbetter
David G. Wix
BAKER & MCKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601
Tel: + 1 312 861 8000
Fax: + 1 312 861 2899