IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMILY MATZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZEBRA TECHNOLOGIES CORP.,<br><br>　　　　Defendant. | No. 08 C 1046<br><br>Judge Milton I. Shadur |

## NOTICE OF MOTION

TO:　Michael T. Smith
　　　Law Offices of Michael T. Smith
　　　440 W. Irving Park Road
　　　Roselle, IL 60172

　　　PLEASE TAKE NOTICE that on the June 18, 2008, at 9:15 a.m. or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Room 2303, in the United States District Court for the Northern District of Illinois, Eastern Division and shall then and there present Defendant's **Motion to Withdraw the Appearance of Attorneys Thomas F. Hurka and Stephanie L. Sweitzer**, a copy of which is attached hereto.

Dated: June 4, 2008　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　s/David G. Wix
　　　　　　　　　　　　　　　　　　　　　　David G. Wix

Brian S. Arbetter
David G. Wix
BAKER & MCKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL 60601
Tel: + 1 312 861 8000
Fax: + 1 312 861 2899

## CERTIFICATE OF SERVICE

  I hereby certify that on June 4, 2008, I electronically filed the foregoing Motion to Withdraw the Appearance of Attorneys Thomas F. Hurka and Stephanie L. Sweitzer, using the CM/ECF system. Service of Motion to Withdraw the Appearance of Attorneys Thomas F. Hurka and Stephanie L. Sweitzer on the following attorneys of record was accomplished through notice of electronic filing:

        Michael T. Smith
        Law Offices of Michael T. Smith
        440 W. Irving Park Road
        Roselle, IL 60172


          s/David G. Wix
          David G. Wix

Brian S. Arbetter
David G. Wix
BAKER & MCKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL 60601
+ 1 312 861 8000
*Attorneys for Defendant*
*Zebra Technologies Corporation*

CHIDMS1/2624028.1