# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Emily Matz

                              Plaintiff,

v.                                                                  Case No.: 1:08–cv–01046
                                                                     Honorable Milton I. Shadur

Zebra Technologies Corp.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Motion to withdraw as attorney [16] is granted; Attorney Thomas F Hurka and Stephanie Lynn Sweitzer terminated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.